appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

L. B. & S. B. RESTAURANT CORPORATION v. JULIUS KLEIN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

TIMES SQUARE AUTOMOBILE COMPANY v. THE MOTOR CAR EQUIPMENT Co., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

TIMES SQUARE AUTOMOBILE COMPANY v. THE MOTOR CAR EQUIPMENT Co., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

PHILIP E. DONLIN v. B. W. CARLOW and Another, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEROY STANLEY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY FILBERG.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SAMUEL J. KESSLER v. MAX ROSENBLATT.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

PORTER ARMS, INC., v. HENRY HOFFMANN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHN R. McCONVILLE and Others v. THE SEABOARD NATIONAL BANK OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MORSELLI BROS., INC., v. HARRY H. COHEN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

PHILIP GALLUB v. VICTOR E. MEYER.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of Supplementary Proceedings: SIDNEY STERN and Another v. CARL A. GEISLER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HARRY STERN v. TROCHMAN-BROWN, INC., Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHN ANDERSON McBRIDE v. WARD B. HINER.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ELMER E. SMATHERS v. STANDARD OIL COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BROAD AND LACKAWANNA REALTY COMPANY v. EDWARD N. BREITUNG and

Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance, etc., to Take Possession, etc., of THE CITY EQUITABLE FIRE INSURANCE COMPANY, LTD., OF LONDON, ENGLAND. (CARPINTER & BAKER, Respondent, v. THE CITY EQUITABLE FIRE INSURANCE COMPANY, LTD.) — Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ. [See *ante*, p. 249.]

CARPINTER & BAKER, Respondent, v. THE CITY EQUITABLE FIRE INSURANCE COMPANY, LTD., Defendant. (Action No. 2.) In the Matter of the Application of H. E. BURGESS, Senior Official Receiver, as Liquidator, etc. In the Matter of the Application of FRANCIS R. STODDARD, JR., as Superintendent of Insurance, Appearing Specially, etc.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ. [See *ante*, p. 253.]

EDWARD HOLLAND v. LUXOR PICTURES CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

F. S. CARR COMPANY v. SOUTHERN PACIFIC COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of THE HOSIERY MANUFACTURING CORPORATION v. NATALIE GOLDSTON and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SAMUEL EISEMAN & CO., INC., v. RELIANCE INSURANCE COMPANY and Others. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

TOBIAS KLIPSTEIN v. WOLFSON HOLDING CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of CLARENCE J. SHEARN v. CHARLES L. CRAIG, as Comptroller of the City of New York.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of CHARLES L. CRAIG, as Comptroller of the City of New York, v. JAMES MATTHEWS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

RICHARD CROKER, JR., Individually and as Trustee, etc., v. THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ANNA SCHOCH v. ADOLPH SCHOCH.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

R. A. MANNING REALTY CORPORATION v. TOPPING BROTHERS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of CHARLES S. HALSTED, Deceased.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of the CITY OF NEW YORK (WHITE PLAINS